In the Matter of the Claim of JOANNE DITGES, Respondent, against JANAUG, INC., and NEW AMSTERDAM CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability compensation made by the State Industrial Board under the Workmen's Compensation Law. The sole point made by the appellants is that the finding that the employer was not prejudiced by the failure of the claimant to give written notice of injury is not sustained. Claimant was a waitress and in December, 1937, was injured while in the course of her employment. She continued working, and about a month after the accident visited a physician who treated her and she still kept on working. In July, 1938, she reported the accident to her employer who then sent her to a physician and her condition was diagnosed as osteo-arthritis of the left hip and a low back strain. The occurrence of the accident was proved beyond question and is not questioned by the employer. It is not shown that the treatment given by her physician was not all that her condition required. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of JOHN P. DAUS, Respondent, against GUNDERMAN & SONS, INC., and THE CENTURY INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability compensation made by the State Industrial Board pursuant to the provision of the Workmen's Compensation Law for ninety per cent permanent loss of use of the left arm. This case was before us at our November, 1938, term, at which time we reversed a decision of the State Industrial Board denying compensation and remitted the matter to the Board for an award in favor of the claimant. (See *Matter of Daus* v. *Gunderman & Sons, Inc.*, 255 App. Div. 906.) The Board has now made new findings of fact and an award. The evidence sustains these findings. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of LOUIS ANTHONY TURITTO, Respondent, against ST. MARY'S HOSPITAL and THE MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant has an award for the permanent loss of use of the left eye, from which an appeal has been taken. He is a physician and was working as an interne in a hospital, which was his employer. While attending a patient, who had been operated upon and was suffering from an acute G. C. urethritis, the gonococcus germs got upon claimant's hand and thence into his eye causing a gonnorheal infection necessitating the enucleation and the resultant total loss of vision. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.